OSCAR HOFMANN and Others, as Executors, etc., of AUGUST LUCHOW, Deceased, Respondents, v. JULES S. BACHE and Others, Individually and as Surviving and Liquidating Copartners, etc., Appellants. (Action No. 3.) — Order so far as appealed from reversed, with ten dollars costs and disbursements, and the last paragraph of said order stricken out. The dates for the examinations to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

TITUS BLATTER & COMPANY, Respondent, v. MILFORD SPINNING AND WEAVING CORPORATION and Another, Appellants.— Order of April 21, 1924, affirmed, with ten dollars costs and disbursements; appeal from order of April 28, 1924, dismissed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MYRTLE ROSS, Respondent, Appellant, v. FOWLER MANUFACTURING COMPANY, LTD., Appellant, Respondent, Impleaded with Another.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

DOROTHEA T. STOTT, Respondent, v. RICHARD T. STOTT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

GREGORY B. STOLBERG and Another, Respondents, v. GRACE AMERICAN INTERNATIONAL CORPORATION, Appellant, Impleaded with Another.— Order modified by striking out item "(a)" in paragraph 5; by striking out the words " coffee " and " or other commodities " in item "(b)" thereof, and the words " coffee and " in item "(d)" of said paragraph 5; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

FREDERICK R. RYAN and Another, as Executors, etc., of WALTER F. SYKES, Deceased, Appellants, v. JOSEPH DEGNAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

MATILDA MARCHELOS, Respondent, v. CARL F. FRANKEN, Appellant.— Order of January 10, 1924, reversed, with ten dollars costs and disbursements to appellant, and motion for preference denied, with ten dollars costs; appeal from order of February 1, 1924, dismissed. (See *Goldin* v. *Malone Dairy Co., Inc.*, 209 App. Div. 341.) Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

SALIM BARBOUR, Appellant, v. TAMER K. MALOUF, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. Plaintiff's address to be furnished within five days. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THEODORE H. POPKIN, Respondent, v. PAULINE POPKIN, Appellant.— Order so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

THOMAS S. WALKER, Plaintiff, v. MICHAEL CARROLL, Defendant. ELIZA GUGGENHEIMER, as Executrix, etc., of JULIUS KATZENBERG, Deceased, and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, McAvoy and Martin, JJ.